IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

THEODORE WILLIS FLOWERS, JR.,
REG. #13338-064                                                                                          PLAINTIFF

v.                                            2:07CV00100 WRW

OFFICER SKIBA                                                                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendant is hereby DISMISSED with prejudice, for failure to state a claim. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Order and accompanying Judgment would not be in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE